# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03-CV-00074

| | |
|---|---|
| MORVIS COMMUNICATIONS CORPORATION d/b/a FAIRWAY OUTDOOR ADVERTISING, <br>     Plaintiff, <br> vs. <br> THE CITY OF GASTONIA, <br>     Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. On January 30, 2006, notice was filed with the Court certifying that the parties had mediated and settled the case. Counsel for both parties have indicated that the settlement documents are in the process of being finalized. Accordingly, the Court will direct the parties to file a written report on or before May 5, 2006, indicating the status of the case if the case remains pending at that time. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a Joint Status Report indicating the status of continued settlement negotiations on or before **May 5, 2006**, if the case remains pending on that date.

Signed: April 4, 2006

David C. Keesler
United States Magistrate Judge